THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT C. BOLUS

      Plaintiff,

v.

NATIONWIDE PROPERTY
AND CASUALTY COMPANY
and NATIONWIDE MUTUAL
INSURANCE COMPANY

      Defendants.

3:16-CV-00753
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 26th DAY OF MARCH, 2018, upon consideration of Defendant's Motion to Dismiss the Amended Complaint, (Doc. 42), **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss (Doc. 42) is **GRANTED.**

2. The Clerk of the Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge